FILED
CLERK, U.S. DISTRICT COURT

NOV − 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIPE VEGA-MONTES,<br>Defendant. | Case No.  ED CR 14-113 R<br>ORDER OF DETENTION |

## I.

The Court conducted a detention hearing:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

1   the defendant's appearance as required and the safety or any person or the

2   community [18 U.S.C. § 3142(e)(2)].

3                                             II.

4          The Court finds that no condition or combination of conditions will

5   reasonably assure: ☒ the appearance of the defendant as required.

6                          ☐ the safety of any person or the community.

7          If presumption applies,

8                                            III.

9          The Court has considered: (a) the nature and circumstances of the offense(s)

10  charged, including whether the offense is a crime of violence, a Federal crime of

11  terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

12  or destructive device; (b) the weight of evidence against the defendant; (c) the

13  history and characteristics of the defendant; and (d) the nature and seriousness of

14  the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

15  considered all the evidence adduced at the hearing and the arguments, the

16  arguments of counsel, and the report and recommendation of the U.S. retrial

17  Services Agency.

18                                            IV.

19         The Court bases its conclusions on the following:

20         As to risk of non-appearance:

21                ☒     Lack of bail resources

22                ☒     Refusal to interview with Pretrial Services

23                ☐     No stable residence or employment

24                ☐     Previous failure to appear or violations of probation, parole, or

25                      release

26                ☐     Ties to foreign countries

27                ☐     Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

28                ☒     Multiple prior deportations

2

As to danger to the community:

    ☒    Nature of previous criminal convictions

    ☒    Allegations in present charging document

    ☐    Substance abuse

    ☐    Already in custody on state or federal offense

    ☐    Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

    ☐

## V.

☐    The Court finds a serious risk that the defendant will

    ☐    obstruct or attempt to obstruct justice.

    ☐    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

## VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

3

1  for the purpose of an appearance in connection with a court proceeding.

2  [18 U.S.C. § 3142(i)]

3

4  Dated: November 7, 2014

                    HON. MICHAEL R. WILNER
5                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4